IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*



FILED
IN OPEN COURT

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:19cr 29 |
|---|---|---|
| v. | ) | |
| | ) | 18 U.S.C. § 115(a)(1)(B) |
| | ) | Threatening to Assault a U.S. Official |
| ANTHONY BUTKIEWICZ III, | ) | |
| | ) | 18 U.S.C. § 981(a)(1)(C); |
| | ) | 28 U.S.C. § 2461 |
| Defendant. | ) | Criminal Forfeiture |

## INDICTMENT

FEBRUARY 2019 TERM – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 31, 2019, in the Eastern District of Virginia, the defendant, ANTHONY BUTKIEWICZ III, did threaten to assault Mark Warner, a Member of Congress, with intent to impede, intimidate, and interfere with Senator Warner while he was engaged in the performance of his official duties.

(In violation of Title 18, United States Code, Section 115(a)(1)(B).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c).)

*United States v. Anthony Butkiewicz III*
Criminal No. 2:19cr 29

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
Foreperson


G. Zachary Terwilliger
United States Attorney

By: _____
William B. Jackson
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number – 757-441-6331
Facsimile Number – 757-441-6689
william.jackson3@usdoj.gov