# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## *Norfolk Division*

FILED
JUN 11 2019

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:19cr29 |
| v. | 18 U.S.C. § 115(a)(1)(B)<br>Threatening to Assault a U.S. Official |
| ANTHONY BUTKIEWICZ III, | 18 U.S.C. § 981(a)(1)(C);<br>28 U.S.C. § 2461 |
| Defendant. | Criminal Forfeiture |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about January 31, 2019, in the Eastern District of Virginia, the defendant, ANTHONY BUTKIEWICZ III, did threaten to assault Mark Warner, a Member of Congress, with intent to impede, intimidate, and interfere with Senator Warner while he was engaged in the performance of his official duties.

(In violation of Title 18, United States Code, Section 115(a)(1)(B).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
William B. Jackson
Assistant United States Attorney