FILED
IN OPEN COURT

JUL 1 1 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:19-CR-29 |
| | ) | |
| ANTHONY BUTKIEWICZ III, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count One of the Criminal Information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. On January 31, 2019, the defendant, ANTHONY BUTKIEWICZ III, called Senator Mark Warner's Richmond office and left ten voicemails. Some of those voicemails included threats to assault Senator Warner.

2. In those voicemails, the defendant also explained his disagreement with Senator Warner's policies, including on funding for the military, U.S. involvement in overseas conflicts, the southern border, and abortion among other issues. The defendant wanted to interfere with Senator Warner's effort to carry out his official duties and to retaliate against the Senator for past policies.

3. Members of Senator Warner's staff reported the threatening voicemails to the U.S. Capitol Police.

4. On February 13, the defendant contacted Senator Warner's Norfolk office. The staff reported the defendant's attempts to contact Senator Warner to the U.S. Capitol Police.

5. On February 21, agents with the FBI and Capitol Police arrested the defendant on a federal warrant at his hotel room in Virginia Beach. Agents advised him of his Miranda rights, and he waived them and agreed to speak to the agents.

6. The defendant admitted that he had marijuana in his hotel room that he explained was his "personal stash."

7. Later that day, agents secured a search warrant to recover any drugs, drug paraphernalia, and electronic devices from the defendant's hotel room, based in large part on the defendant's own statements. The agents recovered from the hotel room three baggies of suspected cocaine weighing a total of roughly 2.3 grams next to a digital scale. They also recovered 18 grams of suspected marijuana. The substances field-tested positive for cocaine and marijuana, respectively. A later lab test also confirmed the presence of cocaine.

8. The acts taken by the defendant, ANTHONY BUTKIEWICZ III, in furtherance of the offense charged in Count One of the Criminal Information, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case, and that it does not identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
William B. Jackson
Assistant United States Attorney

After consulting with my attorneys, I hereby stipulate that the above statement of facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Anthony Butkiewicz III, Defendant

We are Anthony Butkiewicz III's attorneys. We have carefully reviewed the above statement of facts with him. To our knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Gregory William Klein, Esq.
Attorneys for Anthony Butkiewicz III